## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IRMA CASTANON, ET AL.** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Case No. 1:15-cv-00788-RBW** |
| | * | |
| **SOLOPOP I CORP., ET AL.** | * | |
| | * | |
| **Defendants.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiffs, Irma Castanon and  Maria Perez, and Defendants, Solopop I Corp., Shahid Jawaid Hashmi, and Brad May, through counsel and pursuant to Federal Rule 41 (a)(1)(A)(ii), hereby file this Stipulation of Dismissal of Plaintiffs' claims against Defendants and Defendants' counterclaims against Maria Perez, with prejudice, and with all parties to bear their own fees and costs.


Respectfully Submitted,


_____/s_____
Michael K. Amster (Bar No. 1001110)
Zipin, Amster & Greenberg, LLC
836 Bonifant St.
Silver Spring, MD 20815
mamster@zagfirm.com
Telephone: 301-587-9373
Fax: 301-587-9373

*Counsel for Plaintiffs*

_____/s_____
Donnell R. Fullerton (Bar No. 302778)
Donnell R. Fullerton, P.C.
1407 N. Pickett Street
Alexandria, VA 22304
Fullertonlaw@aol.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2015, the Joint Stipulation of Dismissal is being served via the Court's Electronic Filing System:

Donnell R. Fullerton
Donnell R. Fullerton, P.C.
1407 N. Pickett Street
Alexandria, VA 22304
Fullertonlaw@aol.com

*Counsel for Defendants*

_____-S-_____
Michael K. Amster